UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MICHAEL H. PONDER, an individual,      Case No.: 2:21-cv-01390-RFB-VCF

Plaintiff

vs.

HANS-PETER WILD, an individual,

Defendant

ORDER

This matter comes before the Court upon Plaintiff's Motion for an Extension of Time to file Response to Defendant's Motion to Compel Non-Party Lezlie Gunn to Answer Deposition Questions and for an Award of Movant's Reasonable Expenses and Countermotion for an Award of Reasonable Expenses and for Reimbursement of Sanctions and this Court being otherwise sufficiently advised;

1. The Plaintiff's shall have additional 14 days from the entry of this Order to file their Response to Defendant's Motion to Compel Non-Party Lezlie Gunn to Answer Deposition Questions and for an Award of Movant's Reasonable Expenses and Countermotion for an Award of Reasonable Expenses and for Reimbursement of Sanctions.

SO ORDERED ON THIS __13th__ DAY OF __August_____, 2021.

IT IS HEREBY ORDERED that any opposition to Defendant's Motion to Compel Non-Party Lezlie Gunn to Answer Deposition Questions and for an Award of Movant's Reasonable Expenses and Countermotion for an Award of Reasonable Expenses and for Reimbursement of Sanctions must be filed on or before August 27, 2021.

_____
~~JUDGE~~ Cam Ferenbach
United States Magistrate Judge

Prepared By:

/s/ MARGO L. GRUBBS
MARGO L. GRUBBS, ESQ. (KBA # 27515)
Grubbs & Landry, PLLC
334 Beechwood Road, Suite 503
Ft. Mitchell, KY 41017
Ph: 859-341-2500
Fax: 859-341-2344
margo@grubbslaw.com


Distribution To:
Margo L. Grubbs, Esq.
Thomas L. Rouse, Esq.
Aaron Maurice, Esq.