# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MICHAEL PONDER,

    Plaintiff(s),

v.

HANS-PETER WILD,

    Defendant(s).

2:21-cv-01390-RFB-VCF

**ORDER**

Before the court is the motion to compel nonparty deposition. (ECF NO. 1). This case was transferred to the Eastern District of Kentucky, Northern Division for a decision in Case No. 2:19-cv-166-WOB-CJS.

Accordingly,

IT IS HEREBY ORDERED that the motion to compel nonparty deposition (ECF NO. 1) is DENIED without prejudice.

The Clerk of Court is directed to administratively close this case.

DATED this 28th day of January 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE